UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) ) ) | Crim. No. 07-100 (GK) |
| v. |  |  |
| MARIBEL GUILLEN |  |  |

**DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL
OUTSIDE OF THE JURISDICTION**

Undersigned counsel, respectfully moves the Court to permit defendant, Ms. Maribel Guillen, to travel outside of the Jurisdiction from May 10, 2007 to May 15, 2007.

As grounds for this motion, counsel states:

1. Ms. Guillen appeared before the Court on Thursday, April 26, 2007 and entered a guilty plea to a Criminal Information that charged a violation of 18 U.S.C. § 1343 (Wire Fraud). Ms. Guillen will appear before the Court on June 18, 2007 for sentencing.

2. At the conclusion of the hearing undersigned counsel requested the Court to permit Ms. Guillen to travel to Torrance, California from May 10, 2007 to May 15, 2007. Ms. Guillen wants to travel to California to visit her mother for Mother's Day. The government did not oppose the request.

3. The Court granted the request to permit Ms. Guillen to travel to California on the specified time frame. The Court requested that undersigned counsel submit a proposed order. A proposed order is attached to this Motion.

Wherefore, undersigned counsel respectfully requests the Court to grant Ms. Guillen's

Motion for Permission to travel to Torrance, California.

                                      Respectfully submitted,

                                      A.J. Kramer
                                      Federal Public Defender

                                      _____/s_____
                                      Carlos J. Vanegas
                                      Assistant Federal Public Defender
                                      625 Indiana Ave., N.W., Suite 550
                                      Washington, D.C.  20004
                                      (202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 07-100 (GK) |
| ) | |
| v. ) | |
| ) | |
| MARIBEL GUILLEN ) | |

**ORDER**

Upon consideration of defendant Maribel Guillen's Motion for Permission to Travel Outside of the Jurisdiction from May 10, 2007 to May 15, 2007 it is hereby

**ORDERED** that defendant's Motion is granted; and it is

**SO ORDERED**

_____                                       _____
DATE                                                          GLADYS KESSLER
                                                                     UNITED STATES DISTRICT JUDGE

D.C. Pretrial Agency
United States District Court
333 Constitution Ave., NW
Washington, D.C. 20001

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Ronald W. Sharpe, Assistant United States Attorney
United States Department of Justice
Washington, DC 20530