AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Maribel A. Guillen

WAIVER OF INDICTMENT

CASE NUMBER: 07-100

**FILED**
APR 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, _Maribel A. Guillen_, the above named defendant, who is accused of

_18 USC 1343 and 2 - Wire Fraud_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _April 26, 2007_ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Gladys Kessler_
Judicial Officer