U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA

v.

MARIBEL A. GUILLEN

Case No. 07-CR-100 (GK)

**FILED**
APR 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __26TH__ day of __APRIL, 2007__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __"TO BE DETERMINED"__ by __FBI SPECIAL AGENT MICHAEL MCGILLICUDDY__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __THE FEDERAL BUREAU OF INVESTIGATION WASHINGTON FIELD OFFICE__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __FBI SA MICHAEL MCGILLICUDDY__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge ~~MXXXMXxxxXxxX~~ GLADYS KESSLER

COURT
~~DEFENSE COUNSEL~~

DOJ USA-16-1-80