UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 07-100 (GK) |
| MARIBEL A. GUILLEN, | : |
| Defendant. | : |

**FILED**
APR 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

It is hereby this 26th day of April, 2007,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than 6/18/07, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than 6/18/07 by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on 6/20/07 at 4:30 p.m.,

IT IS SO ORDERED.

/s/ Gladys Kessler
Gladys Kessler
U.S. District Judge