UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> MARIBEL GUILLEN ) <br> ) | Crim. No. 07-100 (GK) <br> **FILED** <br> APR 3 0 2007 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

ORDER

Upon consideration of defendant Maribel Guillen's Motion for Permission to Travel Outside of the Jurisdiction from May 10, 2007 to May 15, 2007 it is hereby

ORDERED that defendant's Motion is granted; and it is

SO ORDERED

_April 30, 2007_
DATE

_Gladys Kessler_
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

D.C. Pretrial Agency
United States District Court
333 Constitution Ave., NW
Washington, D.C. 20001

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Ronald W. Sharpe, Assistant United States Attorney
United States Department of Justice
Washington, DC 20530