NOTICE OF APPEAL CRIMINAL

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Cr. No. 07-100 (GK) |
| | : |
| MARIBEL GUILLEN | : |
| | : |

NOTICE OF APPEAL

Name and address of appellant:   Maribel Guillen
312 13th Street, N.W., Apt. 2
Washington, D.C. 20003

Name and address of appellant's attorney:   Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue N.W., Suite 550
Washington, D.C. 20004

Offense:   Wire Fraud in violation of 18 U.S.C. § 1343(a)(5)

Concise statement of judgment or order, giving date, and any sentence:

Sentenced to 15 months imprisonment, followed by 2 years of supervised release; a special assessment of $100.00; and restitution in the amount of $107,208.31.

Name of institution where now confined, if not on bail:


I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| 7/11/07 | Maribel Guillen |
|---|---|
| DATE | APPELLANT |

| CJA, NO FEE   X | /s/ Carlos J. Vanegas |
|---|---|
| PAID USDC FEE ___ | ATTORNEY FOR APPELLANT |
| PAID USCA FEE ___ | |

Does counsel wish to appear on appeal?   Yes
Has counsel ordered transcripts?   No
Is this appeal pursuant to the 1984 Sentencing Reform Act?   Yes

United States Courthouse • 333 Constitution Avenue N.W.