HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

JUL 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Maribel A. Guillen           Docket No.: __07-100-01__

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __Maribel A. Guillen__ having been sentenced, on June 20, 2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to ___FMC Carswell___, in ___Fort Worth, TX___ by 2 p.m., on ___August 16, 2007___.

_July 19, 2007_
Date

_Gladys Kessler_
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_____          _____
ATTORNEY/U.S. PROBATION OFFICER           DEFENDANT

Revised 6-2004