UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 07-100 (GK) |
| MARIBEL GUILLEN, | : **FILED** |
| Defendant. | : AUG 0 8 2007 |
| | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

Defendant has filed a Motion to Extend her reporting date of August 16, 2007, until October 16, 2007, because of a deterioration of her medical condition. The Government takes no position on this request. In view of the exhibits submitted by Defendant, it is hereby

**ORDERED**, that the Motion is **granted** and that the Probation Department is to submit a report, no later than **September 28, 2007,** regarding its investigation of the adequacy of medical care available at FMC Carswell to treat the Defendant's particular health conditions.

August 8, 2007

/s/ Gladys Kessler
Gladys Kessler
United States District Judge