UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) ) ) | Crim. No. 07-100 (GK) |
| v. |  |  |
| MARIBEL GUILLEN |  |  |

### DEFENDANT'S STATUS REPORT

Maribel Guillen, through undersigned counsel, hereby submits to the Court a status report regarding alternative Bureau of Prison facilities closer to her family in California, and additional information concerning FMC Carswell.

1. On June 20, 2007, the Court sentenced Ms. Guillen to a period of incarceration of fifteen months to be followed by three years of Supervised Release. Ms. Guillen was also ordered to pay a special assessment of one hundred dollars and to make restitution in the amount of $107, 000.00 dollars. The sentence was imposed pursuant to a guilty plea to a criminal information that charged Wire Fraud in violation of 18 U.S.C. § 1343.

2. Ms. Guillen was on her personal recognizance during the pendency of her case. The Court continued Ms. Guillen on personal recognizance after the sentencing hearing. Ms. Guillen was initially ordered to voluntarily report to FMC Carswell in Fort Worth, Texas on August 16, 2007.

3. On August 8, 2007, undersigned counsel moved the Court to Extend Ms. Guillen's Reporting date. The motion was based, in part, on Ms. Guillen's deteriorating health and her visit to the George Washington Hospital emergency room. The motion was also based

on allegations of medical neglect and incompetence detailed in an article by journalist Betty Brink in the Fort Worth Weekly. The Court granted the Motion to Extend and ordered the Probation Office to inquire from FMC Carswell whether it could adequately provide the medical services to treat Ms. Guillen who suffers from Fibromyalgia and Lupus.

4.     On September 13, 2007, the parties and Probation Officer Kelly Kraemer-Soares appeared before the Court for a Status Hearing.  Prior to the hearing, Probation Officer Kraemer-Soares submitted a memorandum that was based on a discussion with Cheryl Owens.  Ms. Owen an Assistant Director of Nursing at FMC Carswell indicated that FMC Carswell could provide proper medical care.  In the event that FMC Carswell would be unable to do so, Ms. Guillen would be transported to a hospital in the Fort Worth area that would provide any treatment that Ms. Guillen required. Undersigned counsel requested a further status hearing to provide the Court with information concerning alternative facilities in the Southern California area, additional information concerning FMC Carswell and a report from Ms. Guillen's primary physician.

5.     The Bureau of Prison has two facilities for female offenders that are designated as Federal Medical Centers (FMC), FMC Carswell in Fort Worth, Texas and FMC Lexington in Lexington.  FMC Carswell is strictly for female offenders.  FMC Lexington is an administrative facility for male prisoners but has a minimum security satellite camp for female offenders.  As between the two facilities, FMC Carswell would be the appropriate designation for the sole reason that it is solely a woman's facility.  The Bureau of Prison has a low security facility in Dublin, California (FCI Dublin) which is twenty miles from Oakland.  However, FCI Dublin is not a medical center and does not appear to have the medical staff, services, or equipment to

properly treat Ms. Guillen. Assistant Federal Defenders in the Los Angeles and Sacramento Offices were unable to provide additional information concerning advanced medical care available in a California Bureau of Prison facility.

6. Undersigned counsel corresponded with journalist Betty Brink who wrote the article that was appended to Ms. Guillen's Motion to Extend the Reporting Date. Ms. Brink pointed out two more published articles concerning medical care provided to inmates at FMC Carswell. The articles, "Taking off the Cuffs at Carswell" and "Hospital of Horrors" were published on May, 3, 2006 and October 19, 2005, respectively.[1] In the articles, Ms. Brink described an environment where medical neglect and incompetence appeared to be endemic. In "Taking off the Cuffs at Carswell" Ms. Brink relied on the personal information and observations of Dr. Roger Guthrie, a former FMC Carswell physician, regarding the widespread neglect and efforts to cover up negligent care. Dr. Guthrie indicated that his personal knowledge was the basis for filing a complaint with the United States Office of the Special Counsel. However, undersigned counsel was unable to find any follow up investigations concerning Dr. Guthrie's complaint or the numerous and detailed allegations in Ms. Brink's articles.

7. Aside from Ms. Brink's articles, counsel has not come across additional public information concerning the medical services and care provided at FMC Carswell. Undersigned counsel discussed the issue of medical care at FMC Carswell with Assistant Federal Public Defender William Hermesmeyer. Mr. Hermesmeyer who works in the Fort Worth, Texas FPD

---

[1] Ms. Brink's articles can be accessed online at:
http://www.fwweekly.com/content.asp?article=3325 and
http://www.fwweekly.com/content.asp?article=3881

Office did not have any personal or office-based information concerning medical care at FMC Carswell.

8.      As of the filing of this motion, undersigned counsel has been unable to speak to Dr. Barbour regarding Ms. Guillen's recent and current physical health. Counsel is still waiting for the opportunity to do so.

WHEREFORE, undersigned counsel respectfully submits this Status Report on behalf of Ms. Guillen.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


      / s /
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500