UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 07-100 (GK) |
| ) | |
| v. ) | |
| ) | |
| MARIBEL GUILLEN ) | |

### ORDER

Upon consideration of defendant Maribel Guillen's Motion for Permission To Temporarily Move to California, it is hereby

**ORDERED** that defendant's Motion is granted; and it is

**FURTHER ORDERED** that the defendant will be supervised by the Federal Pre-Trial Services Office for the Central District of California;

**FURTHER ORDERED** that defendant will comply with all the conditions and terms of release as requested by the Pre-Trial Services Office for the Central District of California;

**FURTHER ORDERED** that the Defendant's appearance for the February 12, 2008 is mandatory and required;

**FURTHER ORDERED** that the parties appear for a Status Hearing on the 12th day, of Feb., 2008 at 9:45 am,

**SO ORDERED**

Dec. 4, 2007
DATE

Gladys Kessler
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Kelly Kraemer-Soares
D.C. Pretrial Agency
United States District Court
333 Constitution Ave., NW
Washington, D.C. 20001

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Ronald W. Sharpe
Assistant United States Attorney
United States Department of Justice
Washington, DC 20530