UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA** | ) | Crim. No.  07-100 (GK) |
| | ) | |
| v. | ) | |
| | ) | |
| **MARIBEL GUILLEN** | ) | |
| | ) | |
| | ) | |

## MOTION TO MAINTAIN THE CURRENT REPORTING REQUIREMENTS

Undersigned counsel, respectfully moves the Court to maintain the defendant's current reporting requirements while she resides in California.

As grounds for this motion, counsel states:

1. On December 4, 2007 Ms. Guillen appeared before the Court pursuant to her Motion for Permission to Move to California. The Court granted the motion and requested undersigned counsel to ensure appropriate supervision and reporting arrangements with the Pre-Trial Services Agency for the District Court for the Central District of California in Riverside. The latter condition was included in the proposed order attached to Ms. Guillen's motion to move to California. During the pendency of her case Ms. Guillen reported to Pre-Trial Services Officer, Tammy Everett. After she was sentenced, Ms. Guillen began reporting to United States Probation Officer Kelly Kraemer-Soares, as well as with Ms. Everett.

2. After the hearing, undersigned counsel spoke with Ms. Everett regarding transferring Ms. Guillen's supervision to the Central District of California in Riverside. Ms. Everett indicated that supervision could be transferred, however she opined that Ms. Guillen's current reporting conditions were adequate to ensure her compliance with the terms of her personal bond. Ms. Everett

stated that Ms. Guillen is required to report weekly by telephone and that Ms. Guillen has been in total compliance. Ms. Everett's major concern was that pre-trial services have a verifiable California home address and phone number for Ms. Guillen[1].

3.      Undersigned counsel spoke with Probation Officer Kelly Kramer Soares regarding maintaining Ms. Guillen's current reporting requirements and she did not object to instant request. Ms. Kraemer-Soares also requested a verifiable California home address and phone number and continued reporting with the Probation Office.

Wherefore, undersigned counsel respectfully moves the Court to Maintain Ms. Guillen's current reporting requirements.

                                          Respectfully submitted,

                                          A.J. Kramer
                                          Federal Public Defender

                                          _____/s_____
                                          Carlos J. Vanegas
                                          Assistant Federal Public Defender
                                          625 Indiana Ave., N.W., Suite 550
                                          Washington, D.C.  20004
                                          (202) 208-7500

---

[1]     Undersigned counsel has verified that Ms. Guillen is residing with her parents at 33556 Breckenridge Trail, Wildemar, California 92595 (Tel. No.) 951 471 3736

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) ) ) | Crim. No.  07-100 (GK) |
| v. |  |  |
| MARIBEL GUILLEN |  |  |

**ORDER**

Upon consideration of defendant Maribel Guillen's Motion to Maintain the Current Reporting Requirements while she lives in California, it is hereby

**ORDERED** that the defendant's Motion is granted; and it is

**FURTHER ORDERED** that the defendant will continue to be supervised by the Pre-Trial Services Agency for the District Court for the District of Columbia and by the Probation Office for the District Court for the District of Columbia;

**FURTHER ORDERED** that defendant shall reside with her parents at 33556 Breckenridge Trail, Wildemar, California 92595 (Tel. No.) 951 471 3736 ;

**SO ORDERED**

_____                                  _____
DATE                                                GLADYS KESSLER
                                                          UNITED STATES DISTRICT JUDGE

Kelly Kraemer-Soares
United States Probation Office
Tammy Everett
D.C. Pretrial Agency
United States District Court
333 Constitution Ave., NW
Washington, D.C. 20001

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Ronald W. Sharpe
Assistant United States Attorney
United States Department of Justice
Washington, DC 20530