UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 07-100 (GK) |
| v. ) | **FILED** |
| MARIBEL GUILLEN ) | DEC 3 1 2007 |
|  | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

ORDER _unopposed_

Upon consideration of defendant Maribel Guillen's Motion to Maintain the Current Reporting Requirements while she lives in California, it is hereby

**ORDERED** that the defendant's Motion is granted; and it is

**FURTHER ORDERED** that the defendant will continue to be supervised by the Pre-Trial Services Agency for the District Court for the District of Columbia and by the Probation Office for the District Court for the District of Columbia;

**FURTHER ORDERED** that defendant shall reside with her parents at 33556 Breckenridge Trail, Wildemar, California 92595 (Tel. No.) 951 471 3736 ;

**SO ORDERED**

Dec. 27, 2007
DATE

GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Kelly Kraemer-Soares
United States Probation Office
Tammy Everett
D.C. Pretrial Agency
United States District Court
333 Constitution Ave., NW
Washington, D.C. 20001

(N)

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Ronald W. Sharpe
Assistant United States Attorney
United States Department of Justice
Washington, DC 20530