UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) ) ) | Crim. No. 07-100 (GK) |
| v. |  |  |
| MARIBEL GUILLEN |  |  |

### DEFENDANT'S MOTION TO WAIVE HER PRESENCE

Maribel Guillen, through undersigned counsel, moves the Court to Waiver Her Presence for the Status Conference that is scheduled for Thursday, April 17, 2008.

In Support of the Motion undersigned counsel states:

1. On June 20, 2007, the Court sentenced Ms. Guillen to a period of incarceration of fifteen months to be followed by three years of Supervised Release.  The sentence was imposed pursuant to a guilty plea to a criminal information that charged Ms. Guillen with Wire Fraud in violation of 18 U.S.C. § 1343.  On August 8, 2007 the Court extended Ms. Guillen's surrender date to the Bureau of Prisons.

2. On December 4, 2007, the Court allowed Ms. Guillen to move from Washington, D.C. to her parents residence in Wildomar, California.  Ms. Guillen made her request after she was terminated from her job and was within days of being evicted from her apartment.  Ms. Guillen was terminated because complications from her Lupus and Fibromyalgia kept her bedridden and in need of ongoing hospital care.

3. Since she moved to California Ms. Guillen has been unemployed.  Because of the financial costs required for travel and lodging in Washington, D.C. undersigned counsel is

requesting that the Court waive Ms. Guillen's presence for the April 17th Status Conference.

4.  Assistant United States Attorney Ronald Sharpe does not oppose the motion to waive Ms. Guillen's presence.

WHEREFORE, undersigned counsel respectfully moves the Court to waive Ms. Guillen's presence for the April 17, 2008 Status Conference.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


        _____/ s /_____
        Carlos J. Vanegas
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 07-100 (GK) |
| v. ) | |
| MARIBEL GUILLEN ) | |

**ORDER**

Upon consideration of defendant Maribel Guillen's Motion to Waiver Her Presence for the April 17, 2008 Status Conference, it is hereby

**ORDERED** that defendant's Motion is **GRANTED**

_____                                             _____
DATE                                                          GLADYS KESSLER
                                                              UNITED STATES DISTRICT JUDGE


Tammy Everett
D.C. Pretrial Agency
United States District Court
333 Constitution Ave., NW
Washington, D.C. 20001

Kelly Kraemer-Soares
United States Probation Officer
United States District Court
333 Constitution Ave., NW

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Ronald W. Sharpe, Assistant United States Attorney
United States Department of Justice
Washington, DC 20530