HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

APR 17 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

vs.

Maribel Guillen                    Docket No.: CR-07-100

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  Maribel Guillen  having been sentenced, on June 20, 2007, in the above case to the custody of the Bureau of Prisons, surrender herself to the Bureau of Prisons (FMC Carswell) as designated on or after May 13, 2008.

April 17, 2008
Date

GLADYS KESSLER
UNITED STATES DISTRICT JUDGE