UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Crim. No. 07-100 (GK) |
| v. | ) ) ) |  |
| MARIBEL GUILLEN | ) ) ) |  |

ORDER

Upon consideration of defendant Maribel Guillen's Motion to Waiver Her Presence for the April 17, 2008 Status Conference, it is hereby

ORDERED that defendant's Motion is GRANTED

_April 17, 2008_
DATE

_Gladys Kessler_
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Tammy Everett
D.C. Pretrial Agency
United States District Court
333 Constitution Ave., NW
Washington, D.C. 20001

Kelly Kraemer-Soares
United States Probation Officer
United States District Court
333 Constitution Ave., NW

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Ronald W. Sharpe, Assistant United States Attorney
United States Department of Justice
Washington, DC 20530