UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MARIBEL GUILLEN )<br>) | Crim. No. 07-100 (GK) |

**DEFENDANT'S MOTION TO STAY ISSUANCE OF ARREST WARRANT
AND STATUS UPDATE CONCERNING HER HEALTH**

Defendant, Maribel Guillen, through undersigned counsel, hereby moves the Court to stay the issuance of a warrant for her arrest and submits an update on her current medical condition.

In support of this motion, undersigned counsel states:

1. On June 20, 2007, the Court sentenced Ms. Guillen to a period of incarceration of fifteen months to be followed by three years of Supervised Release. The sentence was imposed pursuant to a guilty plea to a criminal information that charged Ms. Guillen with Wire Fraud in violation of 18 U.S.C. § 1343. Ms. Guillen's criminal conduct consisted of the misappropriation of $107, 000. dollars from her employer.

2. Ms. Guillen has been on her personal recognizance throughout the pendency of her criminal case. After the sentencing hearing, the Court continued Ms. Guillen on personal recognizance pending her surrender to the Federal Bureau of Prison. On August 8, 2007, the Court extended Ms. Guillen's surrender date based on her medical condition. Ms. Guillen suffers from Lupus, Fibromyalgia and intermittently from migraine headaches. In December 2007, the Court permitted Ms. Guillen to relocate to her parents residence in California as a result of her deteriorating health and dire economic situation.

3.      On June 1, 2008, Ms. Guillen was notified by Probation Officer Wendy Knight that she was to report to FMC Carswell on June 5, 2008. Ms. Guillen was unable to report to FMC Carswell on account of health complications related to her Lupus. On Thursday, June 5, 2008, Ms. Guillen went to the emergency room at Inland Valley Medical Center in Wildomar, California. She was admitted because she was experiencing a severe case of dehydration, vomiting and diarrhea. Ms. Guillen was discharged later in the day. On Monday, June 9, 2008, Ms. Guillen was seen by her rheumatologist, Dr. C.V. Mehta in response to her health problems. Dr. Mehta decided to admit Ms. Guillen and he wrote a brief note in which he indicated that Ms. Guillen "is currently disabled and unable to travel and needs future care/work up." The latter note was faxed to the Probation Office and undersigned counsel.

4.      On June 10, 2008, undersigned counsel called Dr. Mehta's office at approximately 1:00 p.m. and 4:50 p.m (pacific time) in order to obtain additional and detailed information concerning Ms. Guillen's current health status and the basis for his conclusion that she is currently disabled. Undersigned counsel has been unable to speak to Dr. Mehta. In the second call to Dr. Mehta's office, counsel spoke with a nurse, who gave her first name as Lillian (she was unwilling to provide her last name). Nurse Lillian indicated that Dr. Mehta examined Ms. Guillen on June 9, 2008 and that she was sick with a noticeable "swollen and extended abdomen." Based in part on this observation, Dr. Mehta advised Ms. Guillen to report to the emergency room at Menifee Valley Medical Center in Sun City, California.

5.      At approximately 5:10 p.m. (pacific time), Nurse Lillian called undersigned counsel to advise that Ms. Guillen was being monitored by Dr. Chatuverdi at the Menifee Valley Medical Center. Counsel called Dr. Chatuverdi at 951-679 5255 to learn first hand information

regarding Ms. Guillen's health.  Undersigned counsel was unable to reach Dr. Chatuverdi but left a message regarding the purpose of the call and the urgent nature of the requested information.  As of the filing of this motion, 7:40 p.m., undersigned counsel has not heard from either Dr. Mehta or Dr. Chatuverdi.

6. In light of Ms. Guillen's prior medical history and the two recent hospitalizations, undersigned counsel moves the Court to stay the issuance of the arrest warrant requested by the Probation Office.  Probation Officer Kelly Kraemer-Soares informed undersigned counsel that her office would be requesting the Court to revoke Ms. Guillen's personal bond and to issue a warrant for her arrest for failure to report to FMC Carswell.  Undersigned counsel, understands and appreciates the Probation Office's request and rational in seeking to have Ms. Guillen arrested.  Counsel's objective in requesting a stay in the issuance of the bench warrant is to allow for Ms. Guillen to be discharged from the hospital so that she may travel to FMC Carswell.  Counsel is fearful that Ms. Guillen's arrest will result in her immediate incarceration in a facility that will be unable to provide appropriate and adequate medical services to treat her.  Moreover, her arrest will result in an extended and circuitous trip through various Bureau of Prison facilities before she reaches FMC Carswell.  Such an extended trip can only have drastic consequences for Ms. Guillen's immediate health.

7. Assistant United States Attorney Ronald Sharpe informed undersigned counsel that the United States opposes the request to stay the issuance of the bench warrant.

WHEREFORE, undersigned counsel respectfully submits the status report in support of his motion to stay the issuance of a warrant for Ms. Guillen's arrest and to allow her to report to FMC Carswell within two weeks of her discharge from her current hospitalization or any period

deemed reasonable for her to report to FMC Carswell upon her discharge from Menifee Medical Center.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/ s /_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) ) | Crim. No. 07-100 (GK) |
| v. |  |  |
| MARIBEL GUILLEN |  |  |

**ORDER**

Upon consideration of Defendant Maribel Guillen's Status Report Regarding Her Current Medical Health and her Motion to Stay the Issuance of a Warrant for Her Arrest; it is hereby

**ORDERED** that the Motion is Granted;

**FURTHER ORDERED** that Defendant Maribel Guillen Shall report to FMC Carswell within two weeks of her discharge from the Menifee Valley Medical Center;

      **SO ORDERED**

                                                              _____
                                                              THE HONORABLE GLADYS KESSLER
                                                               UNITED STATES DISTRICT JUDGE

Copies to:

Carlos J. Vanegas, AFPD
625 Indiana Avenue, N.W.
Washington, D.C. 20004

Ronald W. Sharpe, AUSA
555 - 4th Street, N.W.
Washington, D.C. 20530

Sondra A. Rhodes, Senior United States Probation Officer
Voluntary Surrender Program Coordinator

Kelly Kraemer-Soares
United States Probation Officer
Federal District Courthouse
333 Constitution Ave, NW
Washington, DC 2000