UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                      )<br>)<br>MARIBEL A. GUILLEN,         )<br>)<br>   Defendant.           )<br>_____) | Criminal Action No. 07-100 (GK) |

O R D E R

A Status Conference was held by *telephone* / in this case on June 12, 2008. Upon consideration of Defendant's Motion to Stay Issuance of Arrest Warrant [Dkt. No. 36], the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that Defendant's Motion to Stay [Dkt. No. 36] is hereby **granted**; it is further

**ORDERED** that counsel for Defendant submit to the Court status updates with respect to Defendant's medical condition at least every two weeks, with the first report being submitted on **June 26, 2008**; and it is further

**ORDERED** that counsel for Defendant notify the Court immediately upon learning that a date has been set for Defendant's discharge from the medical facility at which she is currently located.

June 12, 2008

_____
Gladys Kessler
U.S. District Judge

**Copies to:** attorneys on record via ECF