UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 07-100 (GK) |
| v. ) | |
| MARIBEL GUILLEN ) | |

**DEFENDANT'S STATUS UPDATE**

Defendant, Maribel Guillen, through undersigned counsel, hereby submits to the Court the information requested in the order issued on June 12, 2008 regarding Ms. Guillen's health.

In support of this motion, undersigned counsel states:

1. On June 12, 2008, the Court granted undersigned counsel's motion to stay the issuance of the bench warrant for Ms. Guillen's arrest. The Motion To Stay was based on Ms. Guillen's admission to Manifee Valley Medical Center. In granting the stay, the Court also ordered undersigned counsel to immediately inform the Court of Ms. Guillen's discharge from the medical facility where she is currently being treated.

2. Undersigned counsel learned from Ms. Guillen, via electronic mail, today June 13, 2008 that she was discharged from the hospital yesterday in the late afternoon. However, within hours she returned to the emergency room because of uncontrollable vomiting and diarrhea. She stayed at the hospital until this morning when she was discharged.

3. Undersigned counsel does not have any additional information regarding Ms. Guillen's health but will attempt to obtain her recent medical records and to speak to any of the physicians who has treated her.

WHEREFORE, undersigned counsel respectfully submits his update concerning Ms. Guillen's health.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/ s /_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500