UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | Crim. No. 07-100 (GK) |
| v. | ) ) ) |  |
| MARIBEL GUILLEN | ) ) ) |  |

**DEFENDANT'S STATUS REPORT**

Undersigned counsel, on behalf of defendant, Maribel Guillen, respectfully submits the Status Report requested by the Court concerning Ms. Guillen's current medical status.

Upon information and belief, undersigned counsel states:

1.  On June 12, 2008, the Court granted undersigned counsel's Motion To Stay the Issuance of a Bench Warrant for Ms. Guillen's arrest.  The Motion To Stay was based on Ms. Guillen's admission to Manifee Valley Medical Center.  In granting the stay, the Court also ordered undersigned counsel to submit a Status Report by June 26, 2008 concerning Ms. Guillen's health.

2.  Regrettably, Ms. Guillen continues to struggle with significant health complications.  Ms. Guillen was admitted to Inland Valley Medical Center on Wednesday, June 18, 2008.  Her admission for in-patient care resulted from persistent bouts with dehydration, vomiting and diarrhea.  During this latest hospitalization, Ms. Guillen has been diagnosed with gastritis and pancreatitis.  Additional tests have been administered to determine the full extent of her illness.  A potential development that has yet to be confirmed, is the presence of a tumor that is causing a blockage between her liver and long intestine.  The most tangible effect of the latter

is the severe pain that Ms. Guillen has been suffering in her stomach area. The severity of the pain has required the intravenous administration of morphine. To combat the vomiting she takes antiemetic medication. The physician in charge of Ms. Guillen's care during the instant hospitalization is Dr. Simmons, a gastroenterologist.

3.  Undersigned counsel, received the above information from Ms. Guillen. Counsel has not spoken with any of the treating physicians but has confirmed that Ms. Guillen is hospitalized and that she occupies room 205A at Inland Valley Medical Center. Ms. Guillen has kept undersigned counsel abreast of her ongoing medical situation since her admission on June 18, 2008. Ms. Guillen has also apprised Probation Officer Kelly Kraemer-Soares of current health status and hospitalization.

WHEREFORE, undersigned counsel respectfully submits the Status Report concerning Ms. Guillen's health.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/ s /_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500