UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal No. 07-100 (GK)** |
| | : | |
| **MARIBEL GUILLEN,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

On June 25, 2008, the Court entered an Order denying Defendant's Motion for Release Pending Appeal. On June 26, 2008, the Court received Defendant's Status Report. In paragraph 2 of that Report, Defendant's counsel submitted information describing extremely serious developments in Ms. Guillen's condition. During this latest hospitalization, she has been diagnosed with gastritis, pancreatitis, and a tumor in the stomach area. What has not yet been confirmed is whether that tumor is causing a blockage between her liver and long intestine or whether that tumor is malignant.

Because the Defendant is hospitalized at this moment, and because her medical condition seems to be so very serious, the Court is entering a temporary stay of its Order of June 25. This temporary stay in no way changes any of the legal conclusions raised in the Court's Order of June 25. It is purely temporary until more definitive information can be obtained about the Defendant's medication condition. For these reasons, the Government did not object to the entry of a temporary stay.

Defense counsel will be required to continue making regular reports to the Court, as he has been doing, regarding the Defendant's medical status.

**SO ORDERED**.

June 26, 2008

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**