UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 07-100 (GK) |
| v. ) | |
| MARIBEL GUILLEN ) | |

**DEFENDANT'S STATUS REPORT**

Undersigned counsel, on behalf of defendant, Maribel Guillen, respectfully submits the Status Report requested by the Court concerning Ms. Guillen's current medical status.

Upon information and belief, undersigned counsel states:

1. On June 12, 2008, the Court granted undersigned counsel's Motion To Stay the Issuance of a Bench Warrant for Ms. Guillen's arrest. The Motion To Stay was based on Ms. Guillen's admission to Manifee Valley Medical Center. In granting the stay, the Court also ordered undersigned counsel to submit a Status Report by June 26, 2008 concerning Ms. Guillen's health.

2. Ms. Guillen was discharged from Inland Valley Medical Center on July 3, 2008. Counsel obtained discharge medical reports that confirm the previous representations regarding Ms. Guillen's health that were filed with the Court in the June 28, 2008 Status Report. The discharge papers confirm that Ms. Guillen had acute pancreatitus and a procedure called Endoscopic retrograde cholangiopancreatography (ERCP). The latter procedure is generally described as "an examination of the gallbladder, pancreas, liver, and the ducts (tubes) that drain these organs." During this examination the endoscopist "will examine the gallbladder, pancreas,

and these ducts, looking for blockages, irregularity in the tissue or disruptions in the flow of bile/pancreatic fluid, spasm of the ducts, stones, or tumors."[1] The discharge papers also note her "childhood lupus". [2]

3. Undersigned counsel has impressed on Ms. Guillen the importance of obtaining the medical reports that documented the diagnosis, impressions and treatment plans that were generated during her last hospitalization. Ms. Guillen indicated that she will do her part in obtaining those records. She noted that it's very difficult to obtain records on the day of discharge as opposed to the discharged orders that are provided routinely when the patient is allowed to leave the hospital.

4. Pursuant to the Court's June 12, 2008 order, undersigned counsel is obligated to inform the Court immediately when Ms. Guillen is released. Because of the holiday weekend, counsel did not know of Ms. Guillen's discharge from the hospital until Monday, July 7, 2008. Because undersigned counsel had a pending Status Report due on Thursday, July 10, 2008, counsel waited to provide the discharge information with the instant report.

WHEREFORE, undersigned counsel respectfully submits the Status Report concerning Ms. Guillen's health.

                                                Respectfully submitted,

---

[1] The above description for Endoscopic retrograde cholangiopancreatography (ERCP) was found on numerous medical websites, including Web MD. Undersigned counsel used the Google search engine as the starting point to understand what the medical term and procedure means in layman's terms.

[2] The discharge papers, totaling three pages, will be filed as an addendum to this report or submitted with a "Notice of Filing" on Friday, July 11, 2008. Undersigned counsel apologizes for his inability to scan and attach the discharge papers and file them through ECF.

                    A.J. KRAMER
                    FEDERAL PUBLIC DEFENDER

                    ___/ s /_____
                    Carlos J. Vanegas
                    Assistant Federal Public Defender
                    625 Indiana Avenue, N.W., Suite 550
                    Washington, D.C.  20004
                    (202) 208-7500