IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Cr. No. 07-100 (GK) |
| | ) | |
| MARIBEL GUILLEN | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING**

Defendant, through undersigned counsel, respectfully submits the attached Defendant's Status Report with additional exhibits, which should replace the Status Report filed on July 10, 2008.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


        _____/s/_____
        Carlos J. Vanegas
        Counsel for Defendant
        Federal Public Defender's Office
        625 Indiana Avenue, N.W.
        Suite 550
        Washington, D.C. 20004
        (202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA     )<br>)<br>v.     )<br>)<br>MARIBEL GUILLEN     )<br>) | Crim. No. 07-100 (GK) |

**DEFENDANT'S STATUS REPORT**

Undersigned counsel, on behalf of defendant, Maribel Guillen, respectfully submits the Status Report requested by the Court concerning Ms. Guillen's current medical status.

Upon information and belief, undersigned counsel states:

1. On June 12, 2008, the Court granted undersigned counsel's Motion To Stay the Issuance of a Bench Warrant for Ms. Guillen's arrest. The Motion To Stay was based on Ms. Guillen's admission to Manifee Valley Medical Center. In granting the stay, the Court also ordered undersigned counsel to submit a Status Report by June 26, 2008 concerning Ms. Guillen's health.

2. Ms. Guillen was discharged from Inland Valley Medical Center on July 3, 2008. Counsel obtained discharge medical reports that confirm the previous representations regarding Ms. Guillen's health that were filed with the Court in the June 28, 2008 Status Report. The discharge papers confirm that Ms. Guillen had acute pancreatitus and a procedure called Endoscopic retrograde cholangiopancreatography (ERCP). The latter procedure is generally described as "an examination of the gallbladder, pancreas, liver, and the ducts (tubes) that drain these organs." During this examination the endoscopist "will examine the gallbladder, pancreas,

and these ducts, looking for blockages, irregularity in the tissue or disruptions in the flow of bile/pancreatic fluid, spasm of the ducts, stones, or tumors."[1]  The discharge papers also note her "childhood lupus". [2]

3.    Undersigned counsel has impressed on Ms. Guillen the importance of obtaining the medical reports that documented the diagnosis, impressions and treatment plans that were generated during her last hospitalization.  Ms. Guillen indicated that she will do her part in obtaining those records.  She noted that it's very difficult to obtain records on the day of discharge as opposed to the discharged orders that are provided routinely when the patient is allowed to leave the hospital.

4.    Pursuant to the Court's June 12, 2008 order, undersigned counsel is obligated to inform the Court immediately when Ms. Guillen is released.  Because of the holiday weekend, counsel did not know of Ms. Guillen's discharge from the hospital until Monday, July 7, 2008.  Because undersigned counsel had a pending Status Report due on Thursday, July 10, 2008, counsel waited to provide the discharge information with the instant report.

WHEREFORE, undersigned counsel respectfully submits the Status Report concerning Ms. Guillen's health.

Respectfully submitted,

---

[1]    The above description for Endoscopic retrograde cholangiopancreatography (ERCP) was found on numerous medical websites, including Web MD.  Undersigned counsel used the Google search engine as the starting point to understand what the medical term and procedure means in layman's terms.

[2]    The discharge papers, totaling three pages, will be filed as an addendum to this report or submitted with a "Notice of Filing" on Friday, July 11, 2008.  Undersigned counsel apologizes for his inability to scan and attach the discharge papers and file them through ECF.

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

        _____/ s /_____
        Carlos J. Vanegas
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500

ExitCare® Patient Information - MARIBEL GUILLEN - ID# 110632346 - MR# 9166341

| **Main Number**<br>**(951) 677-1111** | <br>**SOUTHWEST HEALTHCARE SYSTEM** | **Inland Valley Medical Center**<br>36485 Inland Valley Drive<br>Wildomar, CA 92595 |
|---|---|---|

## EXITCARE® PATIENT INFORMATION
## IV I2EA Inland 2EA DISCHARGE INSTRUCTION SUMMARY

### Patient Information
Patient Name: MARIBEL GUILLEN
Sex: Female
DOB: 5/12/1980
Address: 33556 BRECKENRIDGE, , WILDOMAR, CA, 92595
Telephone Number: (951)245-3782

### Visit Information
Discharge Date/Time: 7/3/2008 / 2:26:25 PM
Provider: CHANNAH PERVAIZ
Other Providers:

### Diagnosis/Impression:

### Discharge Instruction Sheets Provided:
Childhood Lupus
Endoscopic Retrograde Cholangiopancreatography (ERCP)
Pancreatitis, Acute

### Patient Instructions:

Additional Notes for Childhood Lupus
continue with all home medications

### Followup Appointments/Instructions:
Primary Follow-up Information
07 days: follow up with own primary care doctor -    (000)000-0000


DC0170 - Discharge Instructions
©2008 ExitCare, LLC          1/1          7/3/2008 2:26:25 PM

ExitCare® Patient Information - MARIBEL GUILLEN - ID# 110632346 - MR# 9166341

# Inland Valley Medical Center
36485 Inland Valley Drive
Wildomar, CA 92595
(951) 677-1111

EXITCARE® PATIENT INFORMATION<!WP

**User Information:**

| Login ID: robins | User Name: | Dept: IV I2EA Inland 2EA |
|---|---|---|

>>>> DISCHARGE INSTRUCTION FORM SWHCS - English - {6D331837-C0BE-43F7-A407-374710D28DA6}
*This Document has either been modified or created by the issuing facility or caregiver.*

>>>> Childhood Lupus - English - {BC773B21-3AE1-46ED-99AD-4D006A414B71}

*Additional Notes:*
continue with all home medications

>>>> Endoscopic Retrograde Cholangiopancreatography (ERCP) - English - {5CD3AF55-E497-48DA-A059-CC33190EC168}

>>>> Pancreatitis, Acute - English - {3FD55F30-85A5-4B0E-8972-1C3A02DF103D}

*English Copies were also printed.*

Signature acknowledges that Patient and/or Guardian has received these instructions and understands them. Patient and/or Representative has been given a copy of these instructions and had the opportunity to ask questions to understand the information provided.

_____ _____ _____ _____
Patient or Guardian Signature          Date/Time          Witnessed & Instructed by          Date/Time

DC0170 - Discharge Instructions
©2008 ExitCare, LLC     1/1     7/3/2008 2:26:25 PM    **COPY**



**Main Number**
**(951) 677-1111**

**SOUTHWEST HEALTHCARE SYSTEM**

**Inland Valley Medical Center**
36485 Inland Valley Drive
Wildomar, CA 92595

Patient Name: MARIBEL GUILLEN                    Date: 7/3    Time: ___
DISCHARGE TO: ☐ Home ☐ Other: _____
DIAGNOSIS: acute abd pain - endoscopic retrograde cholangiogram with sphincterotomy
NURSING DISCHARGE ASSESSMENT: ☐ See nursing record for assessment completed within last 4 hours.
VITALS T 98.0  P 111  R 20  B/P 110/68  Pain Level ___
MENTATION  ☒Alert  ☒Oriented  ☐Confused  ☐Other: ___
LUNGS  ☒Clear  ☐Rhonchi  ☐Rales  ☐Wheezes
ABDOMEN  ☒Soft/Flat  ☐Distended/Soft  ☐Distended/Firm
BOWELS  ☒Regular  ☐Colostomy  Last BM 7/3  Other: ___
BLADDER  ☐Controlled  ☐Urostomy  ☐Indwelling Catheter  Date catheter changed: ___
SKIN  ☐Warm  ☐Dry  ☐Moist  ☐Pale  ☐Other: ___
WOUNDS  ☒None  ☐Describe: ___
LEFT HOSPITAL/TRANSPORTED BY:  ☐Ambulatory  ☒W/C  ☐Car  ☐Other: ___
ACCOMPANIED BY:  ☐Self  ☒Family  ☐Other: ___

**PATIENT INSTRUCTIONS:**
DIET: ☐ Regular diet  ☐ Diet as tolerated  ☒ Other, specify: Soft diet as tolerated
ACTIVITY & DRIVING:  ☐ Regular activity  ☐ Activity as Tolerated  ☐ Exercise Instructions  ☒ Rest
☐ Special Instruction, specify: ___
☐ Driving Restriction, specify: ___
MEDICATIONS: Refer to the medication list provided. If you have any questions, please contact your doctor.
List to Next Provider: ☐ Physician is on staff and can access list via Document Imaging
☐ Mailed  ☐ 2nd copy to patient who requests that no list be sent, or states there is no next provider:

**Special Instructions for Cardiac Patients**
➤ Congestive Heart Failure (CHF)      ➤ Pulmonary Edema from Kidney Disease (Renal Failure)
➤ Heart Attack (Myocardial Infarction) ➤ Cardiomyopathy (Weakened Heart)
**Activity:** Stay as active as possible. Continue day-to-day activities, walking, light gardening, swimming are options that may work for you. Stop and rest if you feel tired or short of breath.
**Diet:** Salt causes fluid to build up in the body, so it is important to limit the amount of salt in your meals and to avoid drinking excessive amounts of liquids. If your doctor orders a special diet, it will be listed above.
**Signs & Symptoms to Report:** Call 911 if you have tightness or pain in your chest, jaw or arm; severe difficulty breathing. Call your Doctor for dizzy or fainting spells, difficulty breathing, increased feet/ankle swelling or coughing at night.
**Weight Monitoring:** Sudden weight gain can mean you are retaining extra fluid. Weigh yourself daily. Call your doctor if you gain more than 2-lbs in 1-day, or 5-lbs in 1-week.

**IF YOU SMOKE:** Your doctor advises you to stop smoking because of the bad effects it has on your health and the health of others. Tobacco smoke has over 200 known poisons and smoking increases the risk of many medical problems. For more information and advice on programs to stop smoking, contact your doctor, American Lung Assoc. (www.lungusa.org), the American Heart Assoc. (www.americanheart.org), or the American Cancer Society (www.cancer.org).
**FOOD/DRUG INTERACTIONS:** ☐ Reviewed  ☐ Brochure  ☐ N/A
**COMMUNITY RESOURCE INFORMATION:** ___
**ADDITIONAL HOME CARE INSTRUCTIONS:** ___

*110632346*
110632346
GUILLEN , MARIBEL
DOB: 05/12/1980   28   SX: F   IED
MRN: 9166341    ADM/REG DT: 06/18/08
INLAND VALLEY MEDICAL CENTER



DC0170 - Discharge Instructions
©2008 ExitCare, LLC            3/4            7/3/2008 2:26:25 PM