UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 07-100 (GK) |
| MARIBEL GUILLEN, | : **FILED** |
| Defendant. | : JUL 1 4 2008 |
| | Clerk, U.S. District and Bankruptcy Courts |

## ORDER

Upon consideration of Defendant's Status Report filed July 10, 2008, it is hereby

**ORDERED**, that Defendant is to file the medical reports that document her diagnosis, treatment plans, and impressions of treating physicians, generated during her recent stay at Inland Valley Medical Center, no later than **July 31, 2008**.

July 14, 2008

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**