UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 07-100 (GK) |
| v. ) | |
| MARIBEL GUILLEN ) | |

### DEFENDANT'S STATUS REPORT

Undersigned counsel, on behalf of defendant, Maribel Guillen, respectfully submits the Status Report concerning Ms. Guillen's current medical status.

Upon information and belief, undersigned counsel states:

1.   Ms. Guillen was discharged from Inland Valley Medical Center on July 3, 2008. The medical records documenting her last hospitalization have been provided to the Court, to government counsel and the probation officer. Ms. Guillen continues to live with her parents in Wildemar, California. Counsel has not spoken with any of Ms. Guillen's treating physician and is unable provide the Court with any additional information concerning her current medical status.

WHEREFORE, undersigned counsel respectfully submits the Status Report on behalf of Ms. Guillen.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/ s /_____

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500