## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

                      )

                      )

**UNITED STATES OF AMERICA**    )    **Crim. No.  07-100 (GK)**

                      )

         **v.**             )

                      )

**MARIBEL GUILLEN**        )

                      )
_____)

### DEFENDANT'S STATUS REPORT

Undersigned counsel, on behalf of defendant, Maribel Guillen, respectfully submits the Status Report concerning Ms. Guillen's current medical status.

Upon information and belief, undersigned counsel states:

1.    Since she was last discharged from Inland Valley Medical Center on July 3, 2008, Ms. Guillen continues to resides with her parents in Wildemar, California.  She is scheduled to see her primary care physician Dr. Na'emah Powell next Tuesday, August 26, 2008.  The purpose of the appointment is to monitor Ms. Guillen's medication regimen to ensure that she is receiving the appropriate dosages and to determine whether different medication may be required to control her lupus.

WHEREFORE, undersigned counsel respectfully submits the Status Report on behalf of Ms. Guillen.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/ s /_____

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500